UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE HEILOO,
                         Plaintiff,

            -v-

FRUITCO CORPORATION et al.,
                         Defendants.

18-CV-1917 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties in this case have submitted a revised proposed settlement for the Court's approval. (Dkt. No. 39; *see* Dkt. No. 38.) The proposed settlement involves $175,000 to be allocated to Plaintiff Josephine Heiloo in connection with her claims. (Dkt. No. 41-1 at 1.) One-third of the settlement sum, excluding costs, will be collected in attorney's fees. (Dkt. No. 40 at 4–5.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 39 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

                                                  _____
                                                       J. PAUL OETKEN
                                                 United States District Judge